# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2021

## NO. 03-20-00364-CV

**T. A. W. and C. E., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order terminating parental rights signed by the trial court on July 13, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order terminating parental rights. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.